## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

U.S. BANK N.A.,               :   No. 344 EAL 2019

           Respondent      :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the
           v.                        :   Commonwealth Court
                                      :

AGNES MANU AND STEVE A.    :
FREMPONG,                      :

           Petitioners       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.